TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-11-00461-CV






Zackery Phillips, Appellant


v.


Branch Banking and Trust Company, Appellee






FROM THE OF COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY

NO. 10-1637-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING




O R D E R



PER CURIAM

 Appellant Zackery Phillips has filed a motion to withdraw and substitute counsel and
for filing of appellant's brief. We grant the motion and deem appellant's brief timely filed.

 Phillips has also filed an emergency motion for temporary orders and for stay
of execution of the trial court's judgment. We grant the motion for temporary stay to the extent of
staying the execution of the writ of possession, pending further orders of this Court. See Tex. R.
App. P. 24.4(c). We request that appellee file a response to the emergency motion no later than
January 30, 2012.

 It is ordered January 19, 2012.



Before Justices Puryear, Henson and Goodwin